# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1886
_____

JOSALIEN PROFETE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


July 10, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Josalien Profete, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.